

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DANIEL VALLEJO RECIO,                      §
TDCJ-CID No. 00598857,                     §
                                           §
          Plaintiff,                       §
                                           §
v.                                         §          2:21-CV-150-Z-BR
                                           §
NFN GONZALES, *et al.*,                    §
                                           §
          Defendants.                      §

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## AND
## DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States

Magistrate Judge to dismiss for want of prosecution the civil rights claim filed by the Plaintiff in

this case. (ECF 11). No objections to the findings, conclusions, and recommendation have been

filed. After making an independent review of the pleadings, files, and records in this case, the

Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are

correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the

Magistrate Judge are **ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE.**

          **IT SO ORDERED**.

          Entered February ___, 2023.


                                        _____
                                        MATTHEW J. KACSMARYK
                                        UNITED STATES DISTRICT JUDGE